IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

IN RE:

THOMAS RANDOLPH RUSSELL, JR.
SHEREANNE R. RUSSELL,
AKA SHERYL WOODSBRANIGAN
AKA SHER A. WOODS
AKA SHERYL A. BRANIGAN

CHAPTER 7

CASE NO.: 12-70940-FJS

    Debtors.

BANK OF AMERICA, N.A.,

    Plaintiff/Movant.

vs.

THOMAS RANDOLPH RUSSELL, JR.
SHEREANNE R. RUSSELL
CAROLYN CAMARDO, TRUSTEE,

    Defendants.

**ORDER TO WITHDRAW MOTION FOR RELIEF WITHOUT PREJUDICE**

Upon Motion of Bank of America, N.A., by Counsel, it is:

**ORDERED** that the Motion for Relief is hereby **WITHDRAWN** without Prejudice as Bank of America, N.A. does not want to pursue the Motion for Relief at this time in view of a pending loan modification review.

Matthew C. DiMuzio, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 80301
5040 Corporate Woods Dr.
Suite 120
Virginia Beach, VA 23462
(757) 490-9284
File No. 29185

DATED: May 5 2015

/s/ Stephen C. St.John

JUDGE

**NOTICE OF JUDGMENT OR ORDER**
**Entered on Docket**

5/5/15

I ask for this:

**/s/ D. Carol Sasser**

D. Carol Sasser, Esquire, Bar No. 28422
Matthew C. DiMuzio, Esquire, Bar No. 80301
Samuel I. White, P. C.
5040 Corporate Woods Dr.
Suite 120
Virginia Beach, VA 23462
Tel.: (757) 490-9284
Fax: (757) 490-8143
mdimuzio@siwpc.com
Samuel I. White, P. C.
Counsel for Bank of America, N.A.

Seen and Agreed:

**/s/ Barry W. Spear**
_____
Sarah Ramage Clarson, Esquire
Counsel for Debtors
272 Bendix Road
Suite 130
Virginia Beach, VA 23452

Seen:

**/s/ Carolyn L. Camardo** **(electronic signature affixed pursuant to email authorization of April 30, 2015)**
_____
Carolyn L. Camardo
Chapter 7 Trustee
5101 Cleveland Street
Suite 200
Virginia Beach, VA 23462

## CERTIFICATE

    I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

                                                      **/s/ D. Carol Sasser**
                                                _____
                                                D. Carol Sasser, Esquire
                                                Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Carolyn L. Camardo
Chapter 7 Trustee
5101 Cleveland Street
Suite 200
Virginia Beach, VA 23462

D. Carol Sasser, Esquire, Bar No. 28422
Matthew C. DiMuzio, Esquire, Bar No. 80301
Samuel I. White, P. C.
5040 Corporate Woods Dr.
Suite 120
Virginia Beach, VA 23462
Tel.: (757) 490-9284
Fax: (757) 490-8143
mdimuzio@siwpc.com
Samuel I. White, P. C.
Counsel for Bank of America, N.A.

Sarah Ramage Clarson, Esquire
Counsel for Debtors
272 Bendix Road
Suite 130
Virginia Beach, VA 23452

Thomas Randolph Russell, Jr.
ShereAnne R. Russell
3053 Kempton Park Road
Suffolk, VA 23435